**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LANNON LAVAR BURDUNICE,

Plaintiff,

v.

SIV MJANGER, *Judge of Washington County District Court*;

TERESA UNDERWOOD, *Court Administrator*;

PAUL SCHNELL, *Commissioner of Corrections;* and

WILLIAM BOLIN, *Warden at MCF-Stillwater*,

Defendants.

Civil No. 25-4276 (JRT/DJF)

**MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

---

Lannon Lavar Burdunice, OID #234804, MCF Rush City, 7600 – 525th Street North, Rush City, MN 55069, *pro se* Plaintiff.

Jamal Zayed, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 600, Saint Paul, MN 55101, for Defendants.

Plaintiff Lannon Lavar Burdunice is incarcerated at the Minnesota Correctional Facility in Rush City, MN, following his state court conviction for second-degree intentional murder and unlawful possession of a firearm. *See Burdunice v. State*, No. A23-0670, 2024 WL 413530 (Minn. Ct. App. Jan. 26, 2024). Burdunice brought this action against several Defendants for alleged violations of his civil rights under 42 U.S.C. § 1983.

On August 4, 2026, the Court adopted the Magistrate Judge's Report and Recommendation and dismissed the case without prejudice because Burdunice's Complaint failed to state any claim upon which relief could be granted. (Docket No. 29.) On September 8, 2026,[1] Burdunice filed a Notice of Appeal to the Eighth Circuit (Docket No. 31) and a pro se application to proceed in forma pauperis ("IFP") on appeal (Docket No. 32).

A party seeking to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915. To qualify for IFP status, the litigant must demonstrate that they cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Even if a litigant is found to be indigent, IFP status will be denied if the Court finds that the litigant's appeal is not taken in good faith. *Id.* § 1915(a)(3).

Burdunice has satisfied both requirements to proceed IFP on appeal. First, Burdunice's application demonstrates that he is unable to pay the full filing fee. Second, even though the Court believes that Burdunice is unlikely to be successful,[2] the Court concludes that Burdunice's appeal is not taken in bad faith—and thus, Burdunice has a right to be heard on appeal. The Court will therefore grant Burdunice's application to proceed IFP.

---

[1] The Court notes that the Notice of Appeal was dated September 2, 2026, but was not received by the Clerk's Office until September 8, 2026.

[2] The Court believes that Burdunice is unlikely to be successful for the reasons set forth in its previous orders.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Burdunice's Application to Proceed In Forma Pauperis on Appeal (Docket No. [32]) is **GRANTED**.

DATED: October 23, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge