**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LANNON LAVAR BURDUNICE,

Plaintiff,

v.

SIV MJANGER, *Judge of Washington County District Court*;

TERESA UNDERWOOD, *Court Administrator*;

PAUL SCHNELL, *Commissioner of Corrections;* and

WILLIAM BOLIN, *Warden at MCF-Stillwater*,

Defendants.

Civil No. 25-4276 (JRT/DJF)

**ORDER**

---

Lannon Lavar Burdunice, OID #234804, MCF Rush City, 7600 – 525th Street North, Rush City, MN 55069, *pro se* Plaintiff.

Jamal Zayed, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 600, Saint Paul, MN 55101, for Defendants.

This matter is before the Court on limited remand for calculation of the initial partial filing fee owed by Plaintiff Lannon Lavar Burdunice on appeal from the dismissal of this matter. (Docket No. 36 (citing 28 U.S.C. § 1915).) The Court has calculated the required initial partial filing fee from the facility trust account submitted by Burdunice (*see* Docket No. 32 at 6), and it finds that Burdunice must submit an initial partial filing

fee of $87.77.[1] That amount is due and payable immediately. The remaining balance of the $605.00 appellate filing fee will have to be transmitted to the court in later installments. Officials at the facility where Burdunice is confined will be notified of this requirement and will be authorized to withdraw funds from Burdunice's facility trust account and remit those funds to the court, consistent with 28 U.S.C. § 1915(b).

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that:

1. Plaintiff Lannon Lavar Burdunice must pay an initial partial filing fee of at least $87.77, consistent with 28 U.S.C. § 1915(b).

2. The Clerk of Court shall provide notice of the requirement to pay the initial partial filing fee to the authorities at the institution where Burdunice is confined, as well as the requirement that Burdunice pay the entirety of the $605.00 appellate filing fee in installments over time.

DATED: October 30, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

[1] Burdunice's trust account statement shows that the amount of his average monthly deposits during the preceding six-month period was $438.87, while his average balance was not provided. (*See* Docket No. 33 at 6.) Under the formula prescribed by 28 U.S.C. § 1915(b)(1), Burdunice's initial partial filing fee will be twenty percent of the average deposits amount, or $87.77.